**Order entered September 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00620-CV

### IN THE INTEREST OF L.A.C., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-18505**

### ORDER

Before the Court is the September 9, 2022 request of Melva Key, Official Court Reporter for the 302nd Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 10, 2022**. We caution Ms. Key that further requests will be disfavored.

/s/    KEN MOLBERG
       JUSTICE